UNITED STATES of America, Appellant, v.
Tony DAMIANO et al., Appellees.

UNITED STATES of America, Appellant, v.
Roger CRAIG, Appellee.

UNITED STATES of America, Appellant, v.
William Franklin LE SHAGWAY,
Appellee.

UNITED STATES of America, Appellant, v.
Lester RAINS et al., Appellees.

Nos. 8460, 8543, 8576, 8577.

Circuit Court of Appeals, Ninth Circuit.
June 21, 1937.

E. P. Carville, U. S. Atty., of Reno, Nev., and Thomas O. Craven, Asst. U. S. Atty., of Carson City, Nev., for the United States.

Geo. A. Whiteley, of Reno, Nev., for appellees Damiano et al.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant in each of above causes, and by direction of the court, ordered that the appeal in each of above causes be dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in each cause issue forthwith.

UNITED STATES of America v. Clyde H.
PARR.

No. 6216.

Circuit Court of Appeals, Seventh Circuit.
April 1, 1937.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day comes the appellant by its counsel and presents a short form of record on appeal and also presents a motion that this cause be docketed and the appeal dismissed. On consideration whereof, it is now ordered and adjudged by this court that this cause be docketed in this court and that this appeal be and the same is hereby dismissed.